**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Free Speech For The People, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Case No.:  1:19-cv-01722 (APM) |
| | ) | |
| v. | ) | |
| | ) | |
| Federal Election Commission, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION FOR ADMISSION OF JESSICA KIM *PRO HAC VICE***

Pursuant to Civil Local Rule 83.2(d), I, S. Douglas Bunch, a member of the bar of this Court, respectfully move for the admission *pro hac vice* of Ji Eun ("Jessica") Kim to appear on behalf of Plaintiff Free Speech For People in the above-captioned case.

In support of this motion, Ms. Kim provides her declaration, attached as Exhibit A. As set forth in her declaration, she is in good standing of the bar and courts of the State of New York, the U.S. District Court for the Southern District of New York, and the U.S. District Court for the Eastern District of New York.

Dated: September 27, 2019            Respectfully Submitted,

*/s/ S. Douglas Bunch*
S. Douglas Bunch (D.D.C Bar # 974054)
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Ave N.W., Suite 500
Washington DC, 20005
Telephone: (202) 589-2281
Fascimile: (202) 408-4699
dbunch@cohenmilstein.com

*Attorney for Plaintiff*